No. 90–7769. DUNN v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 90–7777. DERDEN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 90–7778. SAUNDERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7781. TWITTY v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 90–7784. AURELIO v. LOUISIANA STEVEDORES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7790. MAYO v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7800. BROWNLEE v. ABBEVILLE SHERIFF DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–7822. ROMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7832. KANE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7836. LAZARCHIK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7847. POFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–7857. ROUNDY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7860. DONALD v. RAST ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–7864. CLIFTON v. CRAIG. C. A. 10th Cir. Certiorari denied.